ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
            - v. -                 :    **UNSEALING ORDER**
                                   :
SERGEI SAMSONOV,                   :    07 Cr. 1198
                                   :
            Defendant.             :
                                   :
                                   :
- - - - - - - - - - - - - - - - - x

        WHEREAS, the above-captioned Indictment was returned on

December 19, 2007 and, upon application of the Government,

ordered to be filed under seal; and

        WHEREAS the Government has requested that the above-

captioned Indictment be unsealed;

        IT IS HEREBY ORDERED, that, the Indictment docketed as

07 Cr. 1198 be unsealed.


Dated: New York, New York
       December 21, 2007


SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 1 2007