AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

USA V. SERGEI SAMSONOV

Case Number: 07 CR 1198 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE DEFENDANT

I certify that I am admitted to practice in this court.

2/5/2008
Date

Signature

MICHAEL BACHNER                MFB7719
Print Name                     Bar Number

26 BROADWAY SUITE 2310
Address

NY          NY          10004
City        State       Zip Code

(212) 344-7778        (212) 344-7774
Phone Number          Fax Number