# BACHNER & ASSOCIATES, P.C.

ATTORNEYS AT LAW

26 BROADWAY

SUITE 2310

NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778

FACSIMILE: (212) 344-7774

www.bblawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN

*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE

176 FAIRFIELD AVENUE

SUITE 3D

WEST CALDWELL, N.J. 07006

TEL: (973) 406-9550

# MEMO ENDORSED

February 20, 2008

**VIA FACSIMILE (212) 805-6326**

Hon. Colleen McMahon

US District Court Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, NY 10007

USDS SDNY

DOCUMENT

ELECTRONICALLY FILED

DOC #: _____

DATE FILED: 2/20/08

*Re: USA v. Sergie Samsonov, 07 Cr. 1198 (CM)*

Dear Judge McMahon:

I am writing with the consent of AUSA Jonathan New and Pretrial Services Officer Dennis Khilkevich to allow Mr. Samsonov to attend a footwear convention in Las Vegas leaving tomorrow morning and returning to New York Sunday morning. Mr. Samsonov has recently taken a commission job with a company, Victory Grand Development, to become the exclusive distributor of footwear to Russia.

I have attached a copy of Mr. Samsonov's round trip tickets. Mr. Samsonov will be staying at the Venetian Hotel.

Thank you for your kind attention to this matter.

Respectfully submitted,

Michael F. Bachner

cc: AUSA Jonathan New

PO Jeffrey Steinmel (212) 805-4175

MFB/jl

SO ORDERED:

2/20/08

Hon. Colleen McMahon