BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

March 4, 2008

RECEIVED MAR 4 - 2008 CHAMBERS OF COLLEEN McMAHON

**VIA FACSIMILE (212) 805-6326**
Hon. Colleen McMahon
US District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  USA v. Sergie Samsonov, 07 Cr. 1198 (CM)

Dear Judge McMahon:

I am writing with the consent of AUSA Jonathan New and Pretrial Services Officer Dennis Khilkevich to allow Mr. Samsonov to travel to Miami from March 5 through March 7, to allow him to meet with a distributor for his footwear company. I am sorry for the short notice, but the defendant's pretrial services officer, Mr. Steinmel was out sick, and I did not hear back from him.

I have attached a copy of Mr. Samsonov's round trip tickets and hotel reservation.

Thank you for your kind attention to this matter.

Respectfully submitted,

Michael F. Bachner

cc: AUSA Jonathan New
    PO Jeffrey Steinmel (212) 805-4175

MFB/jl

SO ORDERED:

Hon. Colleen McMahon

3-5-08