BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN
*ALSO ADMITTED IN NJ

**MEMO ENDORSED**

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

April 16, 2008

**VIA FACSIMILE (212) 805-6326**
Hon. Colleen McMahon
US District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

**Re: *USA v. Sergie Samsonov*, 07 Cr. 1198 (CM)**

Dear Judge McMahon:

I am writing with the consent of AUSA Katherine Goldstein to allow Mr. Samsonov to travel to Miami on April 18 for business purposes. Mr. Samsonov will return the same day. Mr. Samsonov will be meeting with the Isaac Daniel Group to sign a master distribution and monitoring contract of Fele Products for the CIS Republic.

I left a voicemail for the defendant's-trial services officer, but I have not heard back yet.

Thank you for your kind attention to this matter.

Respectfully submitted,

Michael F. Bachner

SO ORDERED: 3/18/08

cc: AUSA Jonathan New
AUSA Katherine Goldstein
PO Jeffrey Steinmel (212) 805-4175

Hon. Colleen McMahon

MFB/jl