# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

**MEMO ENDORSED**

April 25, 2008

**VIA FACSIMILE (212) 805-6326**
Hon. Colleen McMahon
US District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

Re: *USA v. Samsonov, 07 Cr. 1198 (CM)*

Dear Judge McMahon:

I apologize for the short notice but I am writing with the consent of the Government to allow Mr. Samsonov to travel to Miami on Monday, April 28 and return to New York on Friday evening, May 2. This travel is for business purposes. Additionally, as Mr. Samsonov is in the process of starting a business that requires frequent trips to Miami on short notice, the Government has informed Michael Bachner that they further consent to modifying Mr. Samsonov's bail provisions to allow travel to Miami with notice to the Government.

Thank you for your kind attention to this matter.

Respectfully submitted,

Kevin T. O'Brien

SO ORDERED:

_____
Hon. Colleen McMahon

cc: AUSA Jonathan New
AUSA Katherine Goldstein
PO Jeffrey Steinmel (212) 805-4175