# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
www.bhlawfirm.com

**MEMO ENDORSED**

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN

*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

June 16, 2008

**VIA FACSIMILE (212) 805-6326 and ECF**
Hon. Colleen McMahon
US District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   USA v. Sergei Samsonov, 07 Cr. 1198 (CM)

Dear Judge McMahon:

I am writing with the consent of AUSA Jonathan New to respectfully request that our June 19, 2008 conference be adjourned for one month. The adjournment is requested because I am still going through the voluminous discovery in the case. I have spoken with Mr. Samsonov who consents to the adjournment request and agrees that time should be excluded from Speedy Trial calculations to allow us to continue to review discovery.

Thank you for your kind attention to this matter.

Respectfully submitted,

Michael F. Bachner

cc:   AUSA Jonathan New

MFB/jl

*Handwritten:* Matter adj to 7/8/08 @ 9:30am

SO ORDERED:

Hon. Colleen McMahon

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08