**U.S. Department of Justice**



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 3, 2008

**MEMO ENDORSED** 7/7/08

Matter adj'd to 9/10/08 at 9:30 am. Time is excluded in the interest of justice

BY HAND
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

/s/ Colleen McMahon

Re: United States v. Sergei Samsonov
    07 Cr. 1198 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter, on consent, to request that the conference scheduled in this matter for Tuesday, July 8, 2008, be adjourned approximately 30 days, until a date and time convenient for the Court. The Government further requests that the time between July 8, 2008 and the next conference be excluded from calculations under the Speedy Trial Act.

The adjournment is requested jointly by the parties. Defense counsel is in the process of completing his review of the wiretap recordings and linesheets produced in discovery, and the parties are in the process of discussing a possible disposition of this matter. Defense counsel Michael Bachner has specifically consented to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

By: /s/ Jonathan B. New
    Jonathan B. New
    Assistant U.S. Attorney
    (212) 637-1049

cc: Michael F. Bachner, Esq.